PER CURIAM.
Affirmed. See Railway Exp. Agency v. Fulmer, 227 So.2d 870 (Fla.1969); Adamo v. Manatee Condominium, Inc., 548 So.2d 287 (Fla. 3d DCA 1989); 3-M Corp. McGhan Medical Reports Div. v. Brown, 475 So.2d 994 (Fla. 1st DCA 1985); Voynar v. Butler Mfg. Co., 463 So.2d 409 (Fla. 4th DCA), review denied, 475 So.2d 696 (Fla.1985); Husky Indus., Inc. v. Black, 434 So.2d 988 (Fla. 4th DCA 1983); Ellis v. Golconda Corp., 352 So.2d 1221 (Fla. 1st DCA 1977), cert. denied, sub nom, Peter *1006 son v. McKenzie Tank Lines, Inc., 365 So.2d 714 (Fla.1978).